Case 2:07-cv-01633-SDW-MCA   Document 3-1   Filed 05/09/07   Page 1 of 1 PageID: 70
Case 2:07-cv-01633-SDW-MCA   Document 3   Filed 05/09/2007   Page 1 of 1
05/09/2007

# ZIMMERMAN. LEVI & KORSINSKY. L.L.P.

226 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090

TEL: (908) 654-8000
FAX: (908) 654-7207

NEW YORK OFFICE

39 BROADWAY, SUITE 1601
NEW YORK, NEW YORK 10006
TEL: (212) 363-7500
FAX: (212) 363-7171

WRITER'S E-MAIL
jmzimmerman@zlk.com

May 9, 2007

VIA FACSIMILE
U.S. District Court for the District of New Jersey
Attn: Finance Dept.

Re:   Eon-Net, L.P. v. Jos. A. Bank Clothiers
        Case No. 2:07-CV-1633 (SDW)

Dear Sir or Madam:

On April 9, 2007, I filed the above-identified case. I paid the filing fee with my credit card — ▇▇▇▇▇▇▇▇▇▇▇▇▇. However, my card was charged twice for the filing fee. Accordingly, please reimburse me $350.00. Thank you.

Sincerely,

Jean-Marc Zimmerman

JMZ/pf
cc: Mr. Mitch Medina